**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Margaret Ann Mannion             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-23915 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Anthium, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ James C. Warmbrodt

James Warmbrodt
19 Aug 2020, 13:36:14, EDT

James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com

Document ID: 56a64ff4f3efe83959f82a597b6766f81bbc91b26984ada4aa490eaddd6d6a0e