FILED
9/1/20 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| **MARGARET ANN MANNION** | : Bankruptcy No. 19-23915-JAD |
| *Debtor,* | : Chapter 13 |
| =================================== | : |
| **MARGARET ANN MANNION** | : Related to Doc. No. 49 |
| *Movant,* | : |
| vs. | : |
| **SELENE FINANCE, LP,** | : |
| *Respondent* | : |

## ORDER

A *Loss Mitigation Order* dated 1/28/2020, was entered in the above matter at Doc. No. 42. On 5/27/2020, a ***Motion To Extend The Loss Mitigation Period*** was filed by Debtor at Doc. No. 49.

***AND NOW***, this 1st day of September, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 1, 2020.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Margaret Ann Mannion
Michael S. Geisler, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

PAWB Local Form 43 (04/14)                                                                                    Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23915-JAD
Margaret Ann Mannion                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha          Page 1 of 1           Date Rcvd: Sep 01, 2020
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db              +Margaret Ann Mannion,    4320 Stanley Street,    Pittsburgh, PA 15207-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
      James Warmbrodt     on behalf of Creditor    Anthium, LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt     on behalf of Creditor    PWSA jhunt@grblaw.com, cnoroski@grblaw.com
      Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lisa Cancanon     on behalf of Creditor    Anthium, LLC lisac@w-legal.com, Llombardi06@law.du.edu
      Michael S. Geisler     on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net,
       msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                TOTAL: 8