# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: MARGARET ANN MANNION
- Case Number: 19-23915-JAD   Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 10, 2020 11:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
9/12/20 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*LMP pending*

**Matter:**

#20 - Continued Confirmation of Plan Dated 10/31/2019 (NFC)
R / M #: 20 / 0

**Appearances:**

- Debtor: Geisler (signature)
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/28/21 @ 1:30 pm
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

9/2/2020   4:59:20PM

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 19-23915-JAD
Margaret Ann Mannion                                          Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch              Page 1 of 2          Date Rcvd: Sep 14, 2020
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
db             +Margaret Ann Mannion,    4320 Stanley Street,    Pittsburgh, PA 15207-1121
cr             +Anthium, LLC,    Selene Finance LP,    9990 Richmond Ave, Suite 400 South,
                 Houston, TX 77042-4546
cr             +PWSA,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Selene Finance LP, as servicer for Anthium, LLC,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-2756
15135230       +Anthium, LLC.,    2001 Western Avenue,    Seattle, WA 98121-2163
15135232        City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15135233        County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
15135235       +James Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
15135236       +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
15135237       +Lisa Concannon, Esquire,    Weinstein & Riley, P.S.,    11101 West 120th Avenue, #280,
                 Broomfield, CO 80021-2756
15135582       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15135238       +Peoples Natural Gas Company, LLC.,    c/o S. James Wallace, Esquire,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15135239       +Pittsburgh Water & Sewer Authority,    c/o Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
15187679       +Pittsburgh Water and Sewer Authority,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 15 2020 04:26:45      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2020 04:33:06
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15172064       +E-mail/Text: bkteam@selenefinance.com Sep 15 2020 04:25:29      Anthium, LLC,
                 C/O: Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
15135231       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 15 2020 04:26:31
                 Bayview Loan Servicing, LLC.,    4425 Ponce de Leon Boulevard, 5th floor,
                 Coral Gables, FL 33146-1873
15135234        E-mail/Text: kburkley@bernsteinlaw.com Sep 15 2020 04:26:44      Duquesne Light Company,
                 c/o Keri P. Ebeck, Esquire,    Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
15135240       +E-mail/Text: bkteam@selenefinance.com Sep 15 2020 04:25:29      Selene Finance, L.P.,
                 9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
15166355        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2020 04:33:58      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15135241        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2020 04:33:58      Verizon,
                 by American InfoSource as agent,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: msch                  Page 2 of 2              Date Rcvd: Sep 14, 2020
                             Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Anthium, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    PWSA jhunt@grblaw.com,  cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa   Cancanon    on behalf of Creditor    Anthium, LLC lisac@w-legal.com,  Llombardi06@law.du.edu
              Michael S. Geisler    on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```