IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/14/20 6:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

**MARGARET ANN MANNION**

*Debtor,*

======================================

**MARGARET ANN MANNION**

*Movant,*

vs.

**SELENE FINANCE, LP,**

*Respondent.*

**DEFAULT O/E JAD**

Bankruptcy No. 19-23915-JAD

Chapter 13

Related to Doc. No. 60

## ORDER

A *Loss Mitigation Order* dated ___1/28/2020___, was entered in the above matter at Document No. __42__. On ___10/1/2020___, a *Motion to Extend the Loss Mitigation Period* was filed by __Debtor__ at Document No. __60__.

AND NOW, this **14th** day of **October**, 2020, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is *extended up to and including* November 13, 2020.

Jeffery A. Deller       mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Margaret Ann Mannion
Michael S. Geisler, Esquire
Brian C. Nicholas, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

PAWB Local Form 43 (04/14)                                                                 Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Margaret Ann Mannion  
    Debtor(s)

Case No. 19-23915-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: Oct 14, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Ann Mannion, 4320 Stanley Street, Pittsburgh, PA 15207-1121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Anthium LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor PWSA jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lisa Cancanon | on behalf of Creditor Anthium LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Michael S. Geisler | on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: nsha Page 2 of 2
Date Rcvd: Oct 14, 2020 Form ID: pdf900 Total Noticed: 1

            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

S. James Wallace
            on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 8