2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23915-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Margaret Ann Mannion
4320 Stanley Street
Pittsburgh PA 15207

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: Anthium, LLC, C/O: Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042

Name and Address of Transferee:

Argolica, LLC
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/16/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23915-JAD

Margaret Ann Mannion     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 2

Date Rcvd: Dec 14, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15172064 | + Email/Text: bkteam@selenefinance.com | Dec 15 2020 03:40:00 | Anthium, LLC, C/O: Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Anthium LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor PWSA jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lisa Cancanon
    on behalf of Creditor Anthium LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael S. Geisler

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: trc | Total Noticed: 1 |

    on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8