UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA– PITTSBURGH DIVISION

| | |
|---|---|
| In Re:<br>Margaret Ann Mannion,<br><br>    Debtor. | ) Case No.: 19-23915-JAD<br>)<br>) CHAPTER 13<br>)<br>)<br>) **REQUEST FOR NOTICE**<br>) |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for Argolica LLC ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | SN Servicing Corporation<br>323 5th Street | BKNotices@snsc.com |
| 3 | Eureka, CA 95501 | |
| 4 | | |
| 5 | | |
| 6 | Dated December 18, 2020 | By: /s/ Kathy Watson |
| 7 | | Kathy Watson<br>c/o SN Servicing Corporation |
| 8 | | Bankruptcy Asset Manager<br>323 5th Street |
| 9 | | Eureka, CA 95501<br>800-603-0836 |
| 10 | | BKNotices@snservicing.com |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**2**
REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

On December 18, 2020, I served the foregoing documents described as Request for Notice on the following individuals by electronic means through the Court's ECF program:

Michael S. Geisler m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On December 18, 2020, I served the foregoing documents described as Request for Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Margaret Ann Mannion
4320 Stanley Street
Pittsburgh, PA 15207

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton