FILED
12/29/20 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

**MARGARET ANN MANNION**

*Debtor,*

==================================

**MARGARET ANN MANNION**

*Movant,*

vs.

**SELENE FINANCE, LP,**

*Respondent.*

**DEFAULT O/E JAD**

Bankruptcy No. **19-23915-JAD**

**Chapter 13**

Related to Doc. No. **68**

## ORDER

A *Loss Mitigation Order* dated 1/28/2020, was entered in the above matter at Doc. No. 42. On 12/16/2020, a (Fourth) **Motion To Extend The Loss Mitigation Period** was filed by Debtor at Doc. No. 68.

**AND NOW**, this 29th day of December, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including January 28, 2021*.

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Margaret Ann Mannion Michael
S. Geisler, Esquire Brian C.
Nocholas, Esquire Ronda J.
Winnecour, Esquire Office of
United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Margaret Ann Mannion  
    Debtor(s)

Case No. 19-23915-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: Dec 29, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margaret Ann Mannion, 4320 Stanley Street, Pittsburgh, PA 15207-1121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Anthium  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt  
     on behalf of Creditor PWSA jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lisa Cancanon  
     on behalf of Creditor Anthium  LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael S. Geisler  
     on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net  
     msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-2 User: nsha Page 2 of 2
Date Rcvd: Dec 29, 2020 Form ID: pdf900 Total Noticed: 1

          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8