IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/15/21 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

**MARGARET ANN MANNION**

*Debtor,*
===============================
**MARGARET ANN MANNION**

*Movant,*
vs.
**SELENE FINANCE, LP,**
*Respondent*

**DEFAULT O/E JAD**

Bankruptcy No. **19-23915-JAD**

**Chapter 13**

Related to Doc. No. **81**

## ORDER

A *Loss Mitigation Order* dated     1/28/2020    , was entered in the above matter at Document No.   42   . On     3/3/2021    , a ***Motion to Extend the Loss Mitigation Period*** was filed by   Debtor   at Document No.   81   .

**AND NOW**, this 15th day of March, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including April 14, 2021***.

*[signature]* mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Margaret Ann Mannion
  Michael S. Geisler, Esquire
  Brian C. Nicholas, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

PAWB Local Form 43 (04/14)                                                          Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-23915-JAD
Margaret Ann Mannion | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2
Date Rcvd: Mar 15, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + Margaret Ann Mannion, 4320 Stanley Street, Pittsburgh, PA 15207-1121

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Anthium LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
     on behalf of Creditor PWSA jhunt@grblaw.com cnoroski@grblaw.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lisa Cancanon
     on behalf of Creditor Anthium LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael S. Geisler
     on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net
     msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-2 | User: nsha | Page 2 of 2
Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8