Form 404

**UNITED STATES BANKRUPTCY COURT**          88 – 87
**WESTERN DISTRICT OF PENNSYLVANIA**          msch

In re:

Bankruptcy Case No.: 19–23915–JAD
Related To ECF No. 87
Chapter: 13
Hearing Date: 6/23/21 at 10:00 AM

**Margaret Ann Mannion**
    Debtor(s)

**CERTIFICATE OF SERVICE OF**  Motion to Extend Time for Loss Mitigation and Order Setting Hearing
        **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  6/5/2021                                                    .
                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, Postage Prepaid, unless otherwise indicated below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**    6/5/2021


By:    /s/ Michael S. Geisler
    _____
    (Signature)
    MICHAEL S. GEISLER, ESQUIRE
    Typed Name
    201 Penn Center Blvd., Suite 524
    Pittsburgh, PA 15235
    _____
    Address
    Tele: (412) 613-2133
    Phone No.
    Pa. I.D. No. 39414
    List Bar I.D. and State of Admission

RONDA J. WINNECOUR, TRUSTEE          (BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE          (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

BRIAN NICHOLAS, ESQUIRE
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

LISA CANCANON, ESQUIRE
Weinstein & Riley, P.S.
11101 West 120th Avenue
#280
Broomfield, CO 80021