**Form 404**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF PENNSYLVANIA** | 96 – 95<br>msch |

In re:  

**Margaret Ann Mannion**  
    Debtor(s)

Bankruptcy Case No.: 19–23915–JAD  
Related To ECF No. 95  
Chapter: 13  
Hearing Date: 9/29/21 at 10:00 AM

**CERTIFICATE OF SERVICE OF**  Motion to Extend Period for Loss Mitigation together with Order Setting Hearing.
    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  9/10/2021_____ .
                              (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:  See attached page._____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**  9/10/2021

By:  /s/ Michael S. Geisler  
    (Signature)  
MICHAEL S. GEISLER, ESQUIRE  
Typed Name  
201 Penn Center Blvd., Suite 524  
Pittsburgh, PA 15235  
Address  
Tele: (412) 613-2133  
Phone No.  
Pa. I.D. No. 39414  
List Bar I.D. and State of Admission

RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

BRIAN NICHOLAS, ESQUIRE
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

ARGOLICA, LLC.
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501