## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARGARET ANN MANNION

Case No. 19-23915JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

ARGOLICA LLC

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 9459.

Regular mortgage payments are currently being directed to the following creditor at the following address:

ARGOLICA LLC
C/O SN SERVICING CORP(*)
323 5TH ST*
EUREKA,CA 95501

Movant has been requested to send payments to:
UNKNOWN

9459

The Chapter 13 Trustee's CID Records of ARGOLICA LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 12/1/2021.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MARGARET ANN MANNION, 4320 STANLEY STREET, PITTSBURGH, PA 15207

DEBTOR'S COUNSEL:
MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235

ORIGINAL CREDITOR'S COUNSEL:
MICHELLE R GHIDOTTI-GONSALVES ESQ, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705

ORIGINAL CREDITOR:
ARGOLICA LLC, C/O SN SERVICING CORP(*), 323 5TH ST*, EUREKA, CA 95501

NEW CREDITOR:
UNKNOWN