FILED
11/30/21 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23915-JAD |
| MARGARET ANN MANNION, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| MARGARET ANN MANNION, | : | Related to Dkt. No. 42, 107 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| SELENE FINANCE, L.P., | : | |
| Respondent | : | |
| (if none, then "No Respondent") | : | |

## ORDER SUBSTITUTING LMP SERVICER

On 1/12/2020, the above named Debtor(s) filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated 1/28/2020, at Document No. 42, naming SELENE FINANCE, L.P. ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor(s) was notified that the Former Servicer changed and that the current Servicer/Lender LAND HOME FINANCIAL SERVICES with an address of 3611 South Harbor Blvd., Suite 100, Santa Ana, CA 92704 and a payment address of P.O. Box 25164, Santa Ana, CA 92799-5164("Current Servicer"). On 6/22/2021, the Debtor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

PAWB Local Form 46 (04/14)                                                                                                       Page 1 of 2

**AND NOW,** this __30th__ of __November__, 20__21__, for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1) SELENE FINANCE, L.P. is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) LAND HOME FINANCIAL SERVICES, INC. is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to LAND HOME FINANCIAL SERVICES, INC., beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Michael S. Geisler, Esq.
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    Selene Finance, L.P.
    Land Home Financial Services
    3611 South Harbor Blvd., Ste 100, Santa Ana, CA 92704

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23915-JAD |
| Margaret Ann Mannion | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Ann Mannion, 4320 Stanley Street, Pittsburgh, PA 15207-1121 |
| | + | Land Home Financial Services, 3611 South Harbor Blvd. Ste 100, Santa Ana, CA 92704-7915 |
| cr | + | Selene Finance LP, as servicer for Anthium, LLC, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Anthium  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor PWSA jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lisa Cancanon | on behalf of Creditor Anthium  LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Michael S. Geisler | on behalf of Debtor Margaret Ann Mannion m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |

District/off: 0315-2 | User: bsil | Page 2 of 2
Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 3

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8