B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re   Margaret Ann Mannion   ,   Case No.   19-23915-JAD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Limosa<br>C/O: Land Home Financial Services | Argolica, LLC<br>c/o SN Servicing Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Land Home Financial Services
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704

Phone:  (877) 557-9042
Last Four Digits of Acct #:   0074

Court Claim # (if known):   4
Amount of Claim:   $46,809.99
Date Claim Filed:   12/16/2019

Phone:  800-603-0836
Last Four Digits of Acct. #:   9459

Name and Address where transferee payments should be sent (if different from above):

Land Home Financial Services
ATTN: Payment Processing
PO Box 25164
Santa Ana, CA 92799-5164

Phone:  (877) 557-9042
Last Four Digits of Acct #:   0074

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Jordan Morrison       Date:  01/14/2022
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**Land Home FINANCIAL SERVICES, INC.**
*Your Preferred Community Lender*

3611 South Harbor Boulevard, Suite 100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://servicing.lhfs.com/

6/29/2021

MARGARET MANNION

4320 STANLEY ST
PITTSBURGH, PA 15207

## Notice of Assignment, Sale, or Transfer of Servicing Rights

Old Account Number: ▪▪▪▪▪▪   New Account Number: ▪▪▪▪▪▪

Property Address: 4320 STANLEY STREET
PITTSBURGH, PA 15207

The servicing of your home loan has been transferred to Land Home Financial Services, effective **6/16/2021**. This means after this date, Land Home Financial Services will be collecting your mortgage loan payments from you. Nothing else about your mortgage will change.

Land Home Financial Services will collect your payments going forward. Land Home will start accepting payments received from you on **6/16/2021**.

Send all payment due on or after **6/16/2021** to Land Home Financial Services at this address:

| **Send Payments to:** | **Send Correspondence to:** | **Insurance Department** |
|---|---|---|
| Land Home Financial Services | Land Home Financial Services | Land Home Financial Services |
| ATTN: Payment Processing | 3611 S Harbor Blvd Ste 100 | P.O. Box 702725 |
| PO Box 25164 | Santa Ana, CA 92704 | Dallas, TX 75370 |
| Santa Ana, CA 92799-5164 | (877) 557-9042 | 866-726-2837 – Toll Free |
|  | Monday-Friday 7:00a.m. to 5:00p.m. PST | 602-566-9095 – Fax |

If you have questions for previous servicer, **SN Servicing Corporation** or your new servicer, Land Home Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

| **Questions about your home loan:** | **Send Correspondence to:** |
|---|---|
| SN Servicing Corporation | SN Servicing Corporation |
| (800) 489-6446 | 323 5th Street |
| Monday-Friday 8:00am to 5:00pm PST | Eureka, CA 95501 |

**Disclosure**: This is an attempt to collect a debt. Any information obtained will be used for that purpose (FDCPA 15 U.S.C. §§ 1692 *et seq*). You are now communicating with a debt collector. It does not imply that Land Home Financial Services, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.

**Effective 6/16/2021, SN Servicing Corporation, will not be accepting payments from you. Future payments must be sent to Land Home Financial Services at the loan payment address listed above. If you are currently having your payments automatically withdrawn from your checking or savings account, they will stop that service on 6/15/2021. Please be sure to send a check to Land Home Financial Services for your next payment. You will be receiving a monthly invoice in the mail from Land Home.**

<u>INSURANCE</u>: Please provide a copy of your insurance declaration page as proof of insurance to Land Home Financial Services, Inc. For Escrow accounts, insurers need to send billing statements/invoices to Land Home Financial Services.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reason for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to the above address for Land Home Financial Services, Inc.

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-business day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the servicer are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirement of that section. You should seek legal advice if you believe your rights have been violated.

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

<u>Trustee via e-filing</u>:
Ronda J. Winnecour
Office of the United States Trustee

<u>Debtor's Counsel via e-filing</u>:
Michael S. Geisler
m.s.geisler@att.net

<u>U.S. Trustee via e-filing</u>:
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Dated: January 18, 2022

/s/ Taylor Bartle
Taylor Bartle