**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARGARET ANN MANNION | Case No.:19-23915 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/06/2019 and confirmed on 12/05/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,500.00 |
| Less Refunds to Debtor | 500.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,000.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,810.00 | |
|     Trustee Fee | 689.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,499.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LIMOSA LLC | 0.00 | 258.63 | 0.00 | 258.63 |
|     Acct: 0074 | | | | |
|   LIMOSA LLC | 0.00 | 9,176.30 | 0.00 | 9,176.30 |
|     Acct: 0074 | | | | |
|   LIMOSA LLC | 35,351.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 0074 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F135 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F135 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 1,257.42 | 798.47 | 265.24 | 1,063.71 |
|     Acct: F135 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 3.67 | 2.36 | 0.00 | 2.36 |
|     Acct: F135 | | | | |
| | | | | 10,501.00 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-23915 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    MARGARET ANN MANNION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARGARET ANN MANNION | 500.00 | 500.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MICHAEL S GEISLER ESQ | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MICHAEL S GEISLER ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    LIMOSA LLC | 1,050.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0074 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 441.74 | 0.00 | 0.00 | 0.00 |
|      Acct: 9298 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0459 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 112.62 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 55.76 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    ORION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SELENE FINANCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BAYVIEW LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 10,501.00 |

TOTAL CLAIMED
PRIORITY                 1,050.00
SECURED                 36,612.55
UNSECURED                  610.12


Date: 01/12/2023                                                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com